# COHENMILSTEIN

Christopher Bateman
(212) 220-2926
(212) 838-7745
cbateman@cohenmilstein.com

February 26, 2024

*Via Email & ECF*

Anne P. Davis
Matthew A. Eisenstein
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

Robert C. Mason
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
robert.mason@arnoldporter.com

Robert J. Vizas
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
robert.vizas@arnoldporter.com

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
Jayme Jonat
Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com
jjonat@sgllp.com

Kenneth A. Gallo
Donna M. Ioffredo
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
kgallo@paulweiss.com
dioffredo@paulweiss.com

Gary R. Carney
Nina Kovalenko
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
gcarney@paulweiss.com
nkovalenko@paulweiss.com

Paul S. Rothstein
Attorney Paul S. Rothstein, P.A.
626 N.E. 1st Street
Gainesville, FL 32601
psr@rothsteinforjustice.com

N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr., P.A.
4128 NW 13th Street
Gainesville, FL 32609-1807
N.A.Bacharach@att.net

Jana Eisinger
Law Office of Jana Eisinger, PLLC
4610 South Ulster St., Suite 150
Denver, CO 80237
jeisinger@eisingerlawfirm.com

Re: *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litigation*, No. 1:05-md-1720-MKB-VMS

Dear Counsel:

We represent plaintiffs Old Jericho Enterprise, Inc., OKY LLC, W.L.F., Automotive, Inc., Buck's, Inc., Pointe Service Center LLC, Koehnen's Standard Service, Inc., Mox LLC, Wesco, Inc., Chandler Oil-1 Corporation, 32T, LLC, Red Eagle, Inc., Zarco USA, Inc., Victory Energy, LLC, H&H Enterprises Inc., Heinz Enterprises, Inc., Coffee Cup Fuel Stop, Inc., Mineral Spring Avenue Getty, Inc., Pit Row, Inc., and Village Center Auto Care, Inc. (the "*Old Jericho* plaintiffs") in the above-captioned MDL. Pursuant to the Court's Scheduling Order of December 11, 2023, attached hereto is a copy of the *Old Jericho* plaintiffs' Notice of Motion for Partial Summary Judgment; Memorandum of Law in Support thereof; the Declaration of Christopher J. Bateman and exhibits attached thereto; and Declarations of Laurence Ancker; Andy Harris; David Miller; Atul Patel; David Simendinger; and Hayssam Tohme; and exhibits attached thereto. The papers include documents designated Highly Confidential under the Protective Order. Fourth Am. Protective Order, ECF No. 1312-2.

Sincerely,

*/s/ Christopher J. Bateman*

Christopher J. Bateman