UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE PAYMENT CARD INTERCHANGE FEE
AND MERCHANT DISCOUNT ANTITRUST
LITIGATION,

This Document Relates to:
*Old Jericho Enterprise, Inc. et al. v. Visa, Inc. et al.,* No. 2:20-cv-02394 (E.D.N.Y.) (MKB)(JAM)

JUDGMENT
20-cv-02394(MKB)

-----------------------------------------------------------------X

   An Order of Honorable Margo K. Brodie, United States District Judge, having been filed on October 1, 2024, granting The Old Jericho Plaintiffs' Motion for Entry of Judgment pursuant to rule 58(b); and directing the Clerk of the Court to enter judgment for Defendants in the matter *of Old Jericho Enterprise, Inc. et al. v. Visa, Inc. et al.,* No. 2:20-cv-02394 (E.D.N.Y.); it is

   ORDERED and ADJUDGED that The Old Jericho Plaintiffs' Motion for Entry of Judgment pursuant to rule 58(b) is granted; and that judgment is hereby entered for Defendants in the matter of *Old Jericho Enterprise, Inc. et al. v. Visa, Inc. et al.,* No. 2:20-cv-02394 (E.D.N.Y.).

Dated: Brooklyn, New York
    October 3, 2024

                  Brenna B. Mahoney
                  Clerk of Court

               By: */s/Jalitza Poveda*
                  Deputy Clerk